United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 06-10980
Summary Calendar

TSEPHANYAH Y HAWKINS; YAHCHANAN Y HAWKINS

Plaintiffs - Appellants

v.

CHARLES C SELF III; DONALD L ANDERSON JR; WHITTEN AND YOUNG PC

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
1:05-CV-184

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

For the reasons stated by the district court below, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.